Frederick .Barnard et al., Defendants in Error, v.
Fannie J. Willard, Administratrix, Plaintiff in
Error.

.Gen. No. 14,832.

MUNICIPAL COURT—*presumption as to correctness of judgment.*
Upon review the judgment of the Municipal Court is presumed to
be correct until the contrary is shown.

Assumpsit. Error to the Municipal Court of Chicago;. the Hon.
JUDSON F. GOING, Judge, presiding. Heard in the Branch Appellate
Court at the October term, 1908. Affirmed. Opinion filed February
15, 1910.

·G. C. NIEMEYER, for plaintiff in error.

HARVEY T. FLETCHER, for defendants in error.

MR. PRESIDING JUSTICE CHYTRAUS delivered the
opinion of the court.

This suit was brought in the Municipal Court to
recover the principal and interest upon a promissory
note for $125 and the amount of $191.05 due upon
an open account for printing done. Upon a trial by
the court without a jury a judgment was rendered
against the defendant for $329.80. Defendant prose-
cutes this writ to have that judgment reversed.

There is no dispute but what the printing was done
for defendant at his request; nor is there any dispute
as to the reasonableness of the prices charged. De-
fendant contends that the account is barred by the
statute of limitations. One. of the plaintiffs testified
the defendant had promised, within less than the
statutory period of limitation from the time the suit
was brought, to pay the account, and the last item
of credit appearing upon the· account as given the
defendant was given within less than the statutory
period of limitation from the time the suit was brought.
Defendant denied having made any promise such as

testified to by the witness. In this respect there is a conflict in the evidence. As to the note and interest thereupon there is no dispute. No sufficient reason for reversing the judgment of the trial court has been presented by plaintiff in error.

Upon review "The judgment of the Circuit Court is presumed to be correct until the contrary is shown," said the Supreme Court in Laird v. Dickinson, 241 Ill. 380, 383. The same rule obtains with reference to judgments of the Municipal Court upon review.

The judgment must be affirmed.

*Affirmed.*